UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-against-

21    -CR-602( )( )

IGOR PALATNIK

Defendant(s).
-----------------------------------------------------------X

Defendant __Igor Palatnik__ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or _X_ teleconferencing:

_X_   Initial Appearance Before a Judicial Officer

_X_   Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

_X_   Bail/Detention Hearing

_X_   Conference Before a Judicial Officer

_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

_IGOR  PALATNIK_
Print Defendant's Name

_____
Defendant's Counsel's Signature

_A. Ross Pearson_
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

_10-5-2021_
Date

_____
U.S. District Judge/U.S. Magistrate Judge