# GUSRAE KAPLAN NUSBAUM PLLC

ATTORNEYS AT LAW

| | | |
|---|---|---|
| RICHARD DEVITA<br>TIMOTHY FEIL<br>SCOTT H. GOLDSTEIN<br>MARTIN H. KAPLAN<br>LAWRENCE G. NUSBAUM<br>KARI PARKS | 120 WALL STREET – 25TH FLOOR<br>NEW YORK, NEW YORK 10005<br><br>425 BROADHOLLOW ROAD<br>SUITE 300<br>MELVILLE, NEW YORK 11747 | OF COUNSEL<br>ROBERT L. BLESSEY |

TEL. (212) 269-1400
FAX (212) 809-4147

www.gusraekaplan.com

April 2, 2024

**VIA ECF**
The Honorable Loretta A. Preska
United States District Judge
Daniel Patrick Moynihan United States Courthouse
Courtroom 12A
500 Pearl Street
New York, New York 10007-1312

RE: <u>U.S. v. Fargesen et al.</u>, 21-cr-602 (SDNY) (LAP)

Dear Judge Preska:

Our firm represents Defendant Igor Palatnik, who self-surrendered to FCI Otisville yesterday. We respectfully request that the Court issue an order authorizing Pretrial to release Mr. Palatnik's passports to our firm. Thank you for your consideration.

Respectfully submitted,

/s/ Kari Parks
Kari Parks

SO ORDERED
/s/ Loretta A. Preska
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
4/3/24

Cc: All counsel of record (via ECF)